### JONES & CO. v. MIDDLETON *et al.*

**Pomissory note :** DEMAND AND NOTICE: PLEADING. Where a note payable to order is indorsed after due, demand must be made and notice given within a reasonable time in order to hold the indorser ; and in an action against him such demand and notice must be averred in the petition.

*Appeal from Harrison District Court.*

### MONDAY, JULY 25.

MIDDLETON made his note to Dalley & Zeisley, payable to their order ; after due, Dalley & Zeisley indorsed it to W. A, Jones & Co., the plaintiffs. In the suit to enforce the payment of this note the petition does not state that demand was made of the maker and notice given to the indorsers of non-payment before suit. A demurrer was filed to the petition for this reason and sustained. The ruling upon the demurrer is the error assigned.

*P. D. Mickel* for the appellant.

*M. Holbrook*, for the appellee.

WILLIAMS, J. — A note payable to order is transferable by indorsement after due, and is so far negotiable. We see no good reason for excusing the indorsee from making demand when the transfer is made in good faith. It is said that a note so transferred after due is, as respects the obligations of the parties, like a note payable on demand; and the same rule we think should hold that governs demand notes. 2 Parsons on Notes and Bills, 13.

Demand should be made and notice given within a reasonable time, and demand and notice should be stated in the petition.

Affirmed.